**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

EVAN ZIMMER,

           *Plaintiff*,

      v.

JOVIA FINANCIAL CREDIT UNION and
EARLY WARNING SERVICES, LLC,

           *Defendants*.

Case No.: 2:24-cv-08499-JMA-JMW

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE AS TO**
**EARLY WARNING SERVICES, LLC**
**ONLY**

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The undersigned counsel for Plaintiff EVAN ZIMMER and Defendant EARLY WARNING SERVICES, LLC, hereby stipulate and agree as follows:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff dismisses this action without prejudice and without costs as against Early Waring Services, LLC only.  The parties shall bear their own costs and fees, including attorneys' fees.

October 17, 2025

Steptoe, LLP

/s/ Christopher Fredrich
Christopher Fredrich
(admitted *pro hac vice)*
2029 Century Park East
Suite 980
Los Angeles, CA 90067
T: (213)439-9400
F: (213)439-9599
cfredrich@steptoe.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

Schlanger Law Group, LLP

/s/ Jason Verhagen
Jason Verhagen
Schlanger Law Group, LLP
150 Allens Creek Road, Suite 240
Rochester, NY 14618
T: 212-500-6114
F: 646-612-7996
E: jverhagen@consumerprotection.net

*Attorneys for Plaintiff*
*Evan Zimmer*

Dated: _____

**SO ORDERED.**

_____
Hon. Joan M. Azrack
UNITED STATES DISTRICT JUDGE